THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
IRA A. DAVES
Assistant United States Attorney
California Bar No. 156724
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2443
    Fax: (213) 894-7819
    E-Mail: Ira.Daves@usdoj.gov

Attorneys for Defendant Donald C. Winter, Secretary of the Navy

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JANICE SMETS,<br><br>        Plaintiff,<br><br>        v.<br><br>DONALD C. WINTER,<br>SECRETARY OF THE NAVY,<br><br>        Defendant. | No. CV 05-06461 DDP(FMOx)<br><br><br><br><br><br><br>Hon. Dean D. Pregerson<br>United States District Judge |

JUDGMENT IN FAVOR OF DEFENDANT

Defendant Donald C. Winter, Secretary of the Navy's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment came on regularly for hearing before this Court on August 25, 2008.

///

1    After considering the moving and opposing papers, arguments,

2 and all other matters presented to the Court,

3    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff take

4 nothing on her Complaint, that this action be DISMISSED in its

5 entirety on the merits with prejudice, and that Defendant be

6 awarded costs.

7

8

9 DATED: October 3, 2008

10                                THE HON. DEAN D. PREGERSON
11                                United States District Judge

12

13 Presented by:

14 THOMAS P. O'BRIEN
   United States Attorney
   LEON W. WEIDMAN
15 Assistant United States Attorney
   Chief, Civil Division
16

17 _____

18 IRA A. DAVES
   Assistant United States Attorney
19 Attorneys for Defendant

20

21

22

23

24

25

26

27

28                                2